UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD GONZALES,<br><br>             Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | CASE NO. C06-5403RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom (Dkt. 18) and the remainder of the file herein, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 18); and

(2) The decision of the Administrative Law Judge is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record, to any party appearing *pro se* at said party's last known address, and to the Hon. Karen L. Strombom.

DATED this 25th day of June, 2007.

                                        Robert J. Bryan
                                        United States District Judge

ORDER
Page 1