# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD GONZALES

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5403RJB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court **ADOPTS** Report and Recommendation; and

The decision of the Administrative Law Judge is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings.

| | |
|---|---|
|   June 26, 2007 |     BRUCE RIFKIN |
| Date | Clerk |
| |     *s/CM Gonzalez* |
| | Deputy Clerk |